■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACINTO CASANOVA, Appellant. [599 NYS2d 950] —Judgment, Supreme Court, New York County (Arlene Silverman, J.), rendered November 19, 1991, convicting defendant, upon his guilty plea, of criminal possession of a controlled substance in the second degree, and sentencing him to a term of 5 years to life, unanimously affirmed.

Though we find that the record does not support the conclusion that the defendant had voluntarily, knowingly and intelligently waived his right to appeal *(see generally, People v Seaberg,* 74 NY2d 1; *People v Callahan,* 80 NY2d 273), upon review we find the defendant's claim that the sentence is excessive to be without merit. This was a negotiated sentence, and defendant should be held to the terms of his bargain. Concur—Rosenberger, J. P., Wallach, Ross, Kassal and Nardelli, JJ.